UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  HYMAN, DANIEL          CH. 7
        HYMAN, KATHRYN         CASE NO: 8:09-BK-28821-MGW

Debtor(s)
_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN THIRTY (30) DAYS FROM THE DATE SET FORTH ON THE PROOF OF SERVICE ATTACHED TO THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT  AT  801 N. FLORIDA AVE SUITE 555., TAMPA, FL 33602-3899 AND SERVE A  COPY ON THE TRUSTEE, ANGELA WELCH, 12157 W. LINEBAUGH AVE., PMB 401 TAMPA, FL 33626.

IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE AND NOTIFY YOU OF A HEARING, OR THE COURT MAY CONSIDER THE OBJECTION AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.  IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

## TRUSTEE'S OBJECTION TO CLAIM NO. 14
### (INSUFFICIENT DOCUMENTATION)

COMES NOW, The Trustee, Angela Welch, hereby objects to the following claims:

Claim No. 14  as Ecast Settlement Corp.  The Claimant provided insufficient documentation to substantiate the validity and the amount of the Claim. The Claimant is hereby notified that its Claim may be disallowed unless Claimant files an Amended Proof

of Claim with proper documentation attached within thirty (30) days of the mailing of this objections with the originals to the Bankruptcy Court and copies to the Trustee.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by electronic or regular mail to:
U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV
eCast Settlement Corp Attn: Rita Torres 3936 E. Fort Lowell Sutie 200 Tucson, AZ 85712
Daniel & Kathryn Hyman 5329 Riddle Road Holiday, FL 37690
Ziona Kopelovich Esq. 5422 Trouble Creek Road New Port Richey, FL 34652
Carolyn Secor Esq. 2451 McMullen Booth Road Suite 200 Clearwater, FL 33759

DATED this 17th day of October, 2013

                                        /s/ Angela Welch
                                        Angela L. Welch, Trustee
                                        12157 W. Linebaugh Ave PMB 401
                                        Tampa, FL 33626
                                        (813) 814-0836