# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
HYMAN, DANIEL § Case No. 09-28821 MGW
HYMAN, KATHRYN L §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The case was converted to one under Chapter 7 on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANGELA WELCH , TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-28821 MGW | Judge: MICHAEL G. WILLIAMSON |
|---|---|---|
| Case Name: | HYMAN, DANIEL | |
| | HYMAN, KATHRYN L | |
| For Period Ending: | 11/25/13 | |

| Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 10/12/12 (c) |
| 341(a) Meeting Date: | 11/09/12 |
| Claims Bar Date: | 02/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5329 Riddle Rd, Holiday, FL 34690 | 99,203.00 | 0.00 | OA | 0.00 | FA |
| 2. 4912 Colonnade, Holiday, FL 34690 | 68,650.00 | 0.00 | | 3,450.00 | FA |
|    didnt abandon...still open | | | | | |
| 3. 1405 S 4th, Beatrice, NE 68310 | 150,000.00 | 0.00 | OA | 0.00 | FA |
|    sold short sale | | | | | |
| 4. Checking & Savings Account Achieva CU | 500.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account First National Bank of Omaha | 32.00 | 0.00 | | 0.00 | FA |
| 6. 2 Sofa, 2 End Tables, 2 Recliners, Dining Room Tab | 750.00 | 0.00 | | 0.00 | FA |
| 7. Books, Pictures & Photos | 50.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. Camera, Fishing Equipment | 150.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life $50,000 Payout | 0.00 | 0.00 | | 0.00 | FA |
| 12. 401K ING | 11,566.48 | 0.00 | | 0.00 | FA |
| 13. 1998 Astro Van (101,683 Miles) VIN#1GBDM19W9WB1724 | 900.00 | 0.00 | OA | 0.00 | FA |
| 14. 1999 Ford Escort (47,000 Miles) VIN#3FAKP1133XR177 | 900.00 | 0.00 | OA | 0.00 | FA |
| 15. Computer, Printer/FAX/Scanner | 200.00 | 0.00 | | 0.00 | FA |
| 16. Family Dog | 1.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $333,052.48   $0.00   $3,450.00   

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded. Issues:  was ch 13 converted to ch 7; only PA is collecting rent from tenant
November 05, 2012, 11:33 am Offer on  the property 5329 Riddle Rd from Susan Bangs (Trust20 Land Truste) for 2K.
November 14, 2012, 10:08 am Exempted on C no sale, emailing Trust20 no sale.
December 03, 2012, 04:02 pm -file in cabinet
December 19, 2012, 03:33 pm -spoke with Brett Corbett in the Holiday house ..hous egoing back in foreclosure...advised we have no idea how long he has in th ehouse ....sending paymetns monthly starting Jan around the end of month for 450
January 29, 2013, 03:54 pm -Debtor called and wanted to give tenant security deposit back..advised to send to us.  (we lessened rent)
-3/13 rev case, collecting rent
April 11, 2013, 12:30 pm -called Brett for payment for March.....said he would mail it this week.
April 16, 2013, 11:24 am -NOTICE OF ABANDONMENT
-4/23/13 rev case, collecting rent
May 02, 2013, 03:13 pm -returned call to debtor...asking about mrotgages on another home..advised we are not attorneys and to talk to hers.
-6/10/13 d w called with questions why hasn't bank finished f/c, recommended several times she tt

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-28821   MGW   Judge: MICHAEL G. WILLIAMSON | Trustee Name:   ANGELA WELCH , TRUSTEE |
| Case Name: | HYMAN, DANIEL | Date Filed (f) or Converted (c):   10/12/12 (c) |
| | HYMAN, KATHRYN L | 341(a) Meeting Date:   11/09/12 |
| | | Claims Bar Date:   02/07/13 |

her atty and explained in general terms.
-9/13 house in f/c tenant gone  ALL $ IN ready to close
October 17, 2013, 03:43 pm Final review of claims- filing objections
November 18, 2013, 04:56 pm Filed orders on 14, 5, and 9 Tracking No : T11182013165052
Creditor No. 6 filed a response and amended claim, willl review
November 20, 2013, 02:15 pm Claim 6 is okay, filing w/d to objection
-11/18/13 Orders filed
November 25, 2013, 12:58 pm Orders signed doing POC
Prepare for close
November 25, 2013, 01:08 pm TFR

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-28821 -MGW | | Trustee Name: | ANGELA WELCH , TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | HYMAN, DANIEL | | Bank Name: | Union Bank |
| | HYMAN, KATHRYN L | | Account Number / CD #: | *******8718  Checking Account |
| Taxpayer ID No: | *******0028 | | | |
| For Period Ending: | 11/25/13 | | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/12 | 2 | Hyman | pymt  rent | 1222-000 | 550.00 | | 550.00 |
| 01/10/13 | 2 | Hyman | rent | 1222-000 | 550.00 | | 1,100.00 |
| 02/06/13 | 2 | Corbett | rent | 1222-000 | 450.00 | | 1,550.00 |
| 02/25/13 | 2 | Hyman | rent | 1222-000 | 550.00 | | 2,100.00 |
| 02/26/13 | 2 | Corbett | rent | 1222-000 | 450.00 | | 2,550.00 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,535.00 |
| 04/17/13 | 2 | Corbett | rent | 1222-000 | 450.00 | | 2,985.00 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,970.00 |
| 05/27/13 | 2 | Corbett | pymt rent | 1222-000 | 450.00 | | 3,420.00 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,405.00 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,390.00 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,375.00 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,360.00 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,345.00 |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,330.00 |

|  | COLUMN TOTALS | 3,450.00 | 120.00 | 3,330.00 |
| --- | --- | --- | --- | --- |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 3,450.00 | 120.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 3,450.00 | 120.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8718 | 3,450.00 | 120.00 | 3,330.00 |
| | 3,450.00 | 120.00 | 3,330.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,450.00    120.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-28821 -MGW | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | HYMAN, DANIEL | Bank Name: | Union Bank |
| | HYMAN, KATHRYN L | Account Number / CD #: | *******8718  Checking Account |
| Taxpayer ID No: | *******0028 | | |
| For Period Ending: | 11/25/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********8718

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 25, 2013 |
|---|---|---|---|---|---|---|

Case Number: 09-28821   Claim Class Sequence
Debtor Name: HYMAN, DANIEL

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>70 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $5,423.51 | $316.66 | $5,106.85 |
| 000002<br>070<br>70 | Collections Associates<br>115 S 6Th<br>PO Box 70<br>Beatrice, NE 68310 | Unsecured | | $1,769.12 | $102.88 | $1,666.24 |
| 000004<br>070<br>70 | Clearwater Cardiovascular<br>& Interventional Consultants<br>455 Pinellas St<br>Suite 400<br>Clearwater, FL 33756-3356 | Unsecured | | $2,037.31 | $118.95 | $1,918.36 |
| 000005<br>070<br>70 | Midland Funding, LLC by American InfoSource LP<br>PO Box 248897<br>Oklahoma City, OK 73124-8897 | Unsecured | | $20,329.53 | $1,186.97 | $19,142.56 |
| 000006<br>070<br>70 | Canda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured | | $31,999.00 | $1,868.31 | $30,130.69 |
| 000007<br>070<br>70 | Morton Plant Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755 | Unsecured | | $2,492.46 | $145.18 | $2,347.28 |
| 000008<br>070<br>70 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $1,442.22 | $84.01 | $1,358.21 |
| 000009<br>070<br>70 | American Infosource Lp As Agent for<br>World Financial Network National Bank<br>As<br>Pottery Barn<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $3,654.82 | $213.39 | $3,441.43 |
| 000010<br>070<br>70 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $1,311.97 | $76.29 | $1,235.68 |
| 000011<br>070<br>70 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $380.71 | $21.99 | $358.72 |
| 000012<br>070<br>70 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067 | Unsecured | | $4,438.59 | $259.15 | $4,179.44 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 25, 2013 |

Case Number: 09-28821  
Debtor Name: HYMAN, DANIEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | NORFOLK VA 23541 | | | | | |
| 000013 070 70 | National Capital Management, LLC. 8245 Tournament Drive Suite 230 Memphis, TN 38125 USA | Unsecured | | $3,213.64 | $187.18 | $3,026.46 |
| 000014 070 70 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | | $1,003.01 | $58.24 | $944.77 |
| 000015 070 70 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave Wilkes-Barre, PA 18706 | Unsecured | | $467.02 | $26.86 | $440.16 |
| 000003 999 999 | CitiMortgage, Inc. P O Box 6941 The Lakes, NV 88901-6941 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $79,962.91 | $4,666.06 | $75,296.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGISTR UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Printed: 11/25/13 02:18 PM    Ver: 17.04

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-28821 MGW
Case Name: HYMAN, DANIEL
          HYMAN, KATHRYN L
Trustee Name: ANGELA WELCH , TRUSTEE

Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6941 | $ | $ | $ | $ |

Total to be paid to secured creditors                                    $_____
Remaining Balance                                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH , TRUSTEE | $ | $ | $ |
| Trustee Expenses: ANGELA WELCH , TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                   $_____
Remaining Balance                                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000002 | Collections Associates<br>115 S 6Th<br>PO Box 70<br>Beatrice, NE 68310 | $ | $ | $ |
| 000004 | Clearwater Cardiovascular & Interventional Consultants<br>455 Pinellas St<br>Suite 400<br>Clearwater, FL 33756-3356 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Canda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | $ | $ | $ |
| 000007 | Morton Plant Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755 | $ | $ | $ |
| 000008 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | $ | $ | $ |
| 000010 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | $ | $ | $ |
| 000011 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | $ | $ | $ |
| 000012 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | $ | $ | $ |
| 000013 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125<br>USA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE